Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re:  )
 )
HUTCHENS, CHERYL A  ) Case No. 5-08-50028
SOWINSKI, JOSEPH M  )
 )
 Debtor(s)  ) Chapter 7
 )

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date: 12/14/09



/s/ John G. Leake
JOHN G. LEAKE
P O Box 526
Harrisonburg, VA 22803
(540) 434-7425

Date: 12/14/09                                                                                                                          Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 5-08-50028 - HUTCHENS, CHERYL A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Capital Recovery Management Systems Corp<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>    Account # 3130 | 000004 | 896.90 | 1.26 |
| Broadway Metal Works Inc<br>PO Box 125<br>Broadway, VA 22815<br>    JUDGEMENT ENTERED 9/11/07<br>    CUSTOMER CASH S111 | 000005 | 272.69 | 0.38 |
| Meyer Decorative Surfaces<br>PO Box 43765<br>Atlanta, GA 30336<br>    INVOICE #218725 BARN DOOR CABINETS | 000006 | 1,376.74 | 1.93 |
| Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218<br>    ACCT 13-4270493 | 000007A | 1,209.99 | 1.69 |
| KVF Distribution Inc<br>1212 Front Street<br>Raleigh, NC 27609<br>    ACCOUNT # 2987 INVOICE # 48941 | 000008 | 2,038.60 | 2.86 |
| McDaniel Hardwood Products Inc<br>128 Industrial Blvd<br>Kearneysville, WV 25430<br>    4393 | 000018 | 1,592.40 | 2.24 |
| Ken Dubel<br>215 Jackson Avenue<br>Elkton, VA 22827<br>    SERVICES PERFORMED | 000019 | 1,063.41 | 1.49 |
| M S Auto Parts<br>409 W Spotswood Trail<br>Elkton, VA 22827<br>    4669 | 000022 | 161.88 | 0.23 |
| Waste Management - RMC<br>2421 West Peoria Avenue<br>Phoenix, AZ 85029<br>    412-17597 | 000024 | 125.65 | 0.17 |

Date: 12/14/09

## DIVIDENDS REMITTED TO THE COURT

Page:

Case Number 5-08-50028 - HUTCHENS, CHERYL A

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| MILLER, EARLE & SHANKS PLLC<br>ATTORNEYS & COUNSELLORS AT LAW<br>560 NEFF AVENUE SUITE 200<br>HARRISONBURG VA 22801-8017<br>  2389 - SERVICES PERFORMED | 000025 | 1,903.29 | 2.67 |
| KATZEN & FRYE PC<br>BLEVINS MARBLE & TILE<br>7272 HANOVER GREEN DRIVE<br>MECHANICSVILLE VA 23111<br>  6V03-23957 - JUDGEMENT | 000027 | 873.12 | 1.23 |
| WELLS FARGO BANK<br>BBD-BANKRUPTCY DEPT<br>P O BOX 53476<br>PHOENIX AZ 85072-9955<br>  4856-2002-0579-2958 | 000028 | 1,761.80 | 2.46 |
| JAMES R CLINE<br>3000 HIDDEN HOLLOW LANE<br>HARRISONBURG VA 22801 | 000029 | 558.00 | 0.78 |
| VERIZON WIRELESS NORTHEAST<br>P O BOX 3397<br>BLOOMINGTON IL 61701<br>  0001080230132600001 | 000030 | 652.56 | 0.92 |
| ---------- Remittance Total --------------- | | 14,487.03 | 20.31 |

_____  12-14-09
JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-08-50028   RK                           Page 1                              Date: December 11, 2009
Debtor Name: HUTCHENS, CHERYL A \ SOWINSKI, JOSEPH M

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $469.70 |
| | JOHN G. LEAKE COMPENSATION | Admin | Percent Paid: 100.00000 % | $10,934.89 | $10,911.40 | $23.49 | $23.49 | $446.21 |
| | JOHN G. LEAKE EXPENSES | Admin | Percent Paid: 100.00000 % | $44.26 | $44.26 | $0.00 | $0.00 | $446.21 |
| 000007B | Commonwealth of Virginia | Priority | 040  Percent Paid: 100.00000 % | $1,247.78 | $1,247.78 | $0.00 | $0.00 | $446.21 |
| 000021-4 | Internal Revenue Service | Priority | 040  Percent Paid: 100.00000 % | $14,511.64 | $14,511.64 | $0.00 | $0.00 | $446.21 |
| 000021-4 | INTERNAL REVENUE SERVICE | Priority | 040  Percent Paid: 100.00000 % | $18,112.36 | $18,112.36 | $0.00 | $0.00 | $446.21 |
| 000002 | Farmers & Merchants Bank | Unsec | 070  Percent Paid: 30.98437 % | $159,242.63 | $49,117.39 | $110,125.24 | $222.93 | $223.28 |
| 000003 | Farmers & Merchants Bank | Unsec | 070  Percent Paid: 30.98437 % | $25,873.21 | $7,980.43 | $17,892.78 | $36.22 | $187.06 |
| 000004 | Capital Recovery Management Systems Corp | Unsec | 070  Percent Paid: 30.98450 % | $896.90 | $276.64 | $620.26 | $1.26 | $185.80 |
| 000005 | Broadway Metal Works Inc | Unsec | 070  Percent Paid: 30.98390 % | $272.69 | $84.11 | $188.58 | $0.38 | $185.42 |
| 000006 | Meyer Decorative Surfaces | Unsec | 070  Percent Paid: 30.98406 % | $1,376.74 | $424.64 | $952.10 | $1.93 | $183.49 |
| 000007A | Commonwealth of Virginia | Unsec | 070  Percent Paid: 30.98455 % | $1,209.99 | $373.22 | $836.77 | $1.69 | $181.80 |
| 000008 | KVF Distribution Inc | Unsec | 070  Percent Paid: 30.98450 % | $2,038.60 | $628.79 | $1,409.81 | $2.86 | $178.94 |
| 000017 | David Gordon | Unsec | 070  Percent Paid: 30.98436 % | $33,381.71 | $10,296.38 | $23,085.33 | $46.73 | $132.21 |
| 000018 | McDaniel Hardwood Products Inc | Unsec | 070  Percent Paid: 30.98468 % | $1,592.40 | $491.16 | $1,101.24 | $2.24 | $129.97 |
| 000019 | Ken Dubel | Unsec | 070  Percent Paid: 30.98429 % | $1,063.41 | $328.00 | $735.41 | $1.49 | $128.48 |
| 000020 | LVNV Funding LLC its successors and assigns as | Unsec | 070  Percent Paid: 30.98439 % | $8,724.07 | $2,690.89 | $6,033.18 | $12.21 | $116.27 |
| 000021-4 | INTERNAL REVENUE SERVICE | Unsec | 070  Percent Paid: 30.98439 % | $24,567.50 | $7,577.69 | $16,989.81 | $34.40 | $81.87 |
| 000022 | M S Auto Parts | Unsec | 070  Percent Paid: 30.98592 % | $161.88 | $49.93 | $111.95 | $0.23 | $81.64 |
| 000024 | Waste Management - RMC | Unsec | 070  Percent Paid: 30.98289 % | $125.65 | $38.76 | $86.89 | $0.17 | $81.47 |
| 000025 | MILLER, EARLE & SHANKS PLLC | Unsec | 070  Percent Paid: 30.98424 % | $1,903.29 | $587.05 | $1,316.24 | $2.67 | $78.80 |

## PROPOSED DISTRIBUTION

Case Number: 5-08-50028   RK   Page 2   Date: December 11, 2009
Debtor Name: HUTCHENS, CHERYL A \ SOWINSKI, JOSEPH M

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| 000027 | KATZEN & FRYE PC | Unsec | 070 | $873.12 | $269.31 | $603.81 | $1.23 | $77.57 |
|  |  |  | Percent Paid: 30.98543 % |  |  |  |  |  |
| 000028 | WELLS FARGO BANK | Unsec | 070 | $1,761.80 | $543.42 | $1,218.38 | $2.46 | $75.11 |
|  |  |  | Percent Paid: 30.98422 % |  |  |  |  |  |
| 000029 | JAMES R CLINE | Unsec | 070 | $558.00 | $172.11 | $385.89 | $0.78 | $74.33 |
|  |  |  | Percent Paid: 30.98387 % |  |  |  |  |  |
| 000030 | VERIZON WIRELESS NORTHEAST | Unsec | 070 | $652.56 | $201.27 | $451.29 | $0.92 | $73.41 |
|  |  |  | Percent Paid: 30.98412 % |  |  |  |  |  |
| 000031 | MBNA AMERICA BANK | Unsec | 070 | $17,991.32 | $5,549.31 | $12,442.01 | $25.19 | $48.22 |
|  |  |  | Percent Paid: 30.98439 % |  |  |  |  |  |
| 000032 | MBNA AMERICA BANK NA | Unsec | 070 | $11,444.86 | $3,530.10 | $7,914.76 | $16.02 | $32.20 |
|  |  |  | Percent Paid: 30.98439 % |  |  |  |  |  |
| 000033 | FARMERS & MERCHANTS BANK | Unsec | 070 | $23,000.00 | $7,094.21 | $15,905.79 | $32.20 | $0.00 |
|  |  |  | Percent Paid: 30.98439 % |  |  |  |  |  |
| << Totals >> |  |  |  | $363,563.26 | $143,132.25 | $220,431.01 | $469.70 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

*[Signature]*   12/14/09